**Motion Granted; Reversed and Remanded and Memorandum Opinion filed March 19, 2013.**

In The

# Fourteenth Court of Appeals

## NO. 14-12-00823-CV

## GEORGE HOWARD GIBBS, Appellant

## V.

## SONYA HONG GIBBS, Appellee

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2012-36465**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed July 31, 2012. On March 7, 2013, the parties filed a joint motion to reverse the trial court's order and remand the cause to the trial court. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the trial court's order is reversed and the cause remanded to the trial court.

PER CURIAM

Panel consists of Justices Christopher, Jamison and McCally.